**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1452**

---

DANNY CASTEEL,

Plaintiff - Appellant,

versus

JUDITH DAVIDSON; ROGER BAKER; EMMETT C.
WAMPLER; VIRGINIA DEPARTMENT OF HEALTH,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, Chief
District Judge.  (2:06-cv-00001-jpj)

---

Submitted:  May 9, 2007                    Decided:  May 24, 2007

---

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven R. Minor, R. Lucas Hobbs, ELLIOTT LAWSON & MINOR, P.C.,
Bristol, Virginia, for Appellant.  Robert F. McDonnell, Attorney
General of Virginia, Maureen Riley Matsen, Deputy Attorney General,
Peter R. Messitt, Senior Assistant Attorney General, James C.
Stuchell, D. Nelson Daniel, Assistant Attorneys General, Richmond,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Casteel appeals the district court's orders granting the Defendants' motion to dismiss and denying Casteel's motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Casteel v. Davidson</u>, No. 2:06-cv-00001-jpj (W.D. Va. Jan. 31, 2006; Mar. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>